**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **FLAUBERT MBONGO,** *et al.*, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| v. | * | Civil No.: PJM 15-2941 |
| | * | |
| **SPECIALIZED LOAN SERVICING, LLC,** | * | |
| | * | |
| Defendants. | * | |

## ORDER OF DISMISSAL

Upon consideration of Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 11), and the Opposition filed thereto, it is, for the reasons stated in the accompanying Memorandum Opinion, this 24th day of June, 2014,

**ORDERED**

1. Defendant's Motion to Dismiss for Failure to State a Claim (ECF No. 11) is **GRANTED**;

2. Plaintiffs' Complaint (ECF No. 2) is **DISMISSED WITH PREJUDICE**;

3. The Clerk of Court is directed to **CLOSE** this case.

                                                                                **/s/**
                                             **PETER J. MESSITTE
                                   UNITED STATES DISTRICT JUDGE**